**Julian GARCIA, Appellant,**

**v.**

**The STATE of Texas, Appellee (two cases).**

**Nos. 27443, 27444.**

Court of Criminal Appeals of Texas.

Feb. 9, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

### PER CURIAM.

The offense is passing a forged instrument; the punishment, two years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.